DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Plaintiff
GENENTECH, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLAXOSMITHKLINE LLC <br><br> Defendant. | Case No. 5:10-cv-4255-JF-PVT <br><br> **[PROPOSED] ORDER GRANTING WITHDRAWAL OF AARON M. NATHAN AS COUNSEL FOR GENENTECH, INC.** |

1 | IT IS HEREBY ORDERED that the request for withdrawal of Aaron M. Nathan as counsel of
2 | record for Genentech, Inc. in the above-entitled action is GRANTED.
3
4 | Dated: 1/31/11
5
6 | THE HONORABLE JEREMY FOGEL
  | UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on January 25, 2011, with a copy of this document via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 25, 2011, at San Francisco, California.

*/s/ Daralyn J. Durie*
DARALYN J. DURIE