UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., | Case No.: 5:10-CV-04255 EJD |
| Plaintiff, | **ORDER CONTINUING STAY AND DENYING PENDING MOTION WITHOUT PREJUDICE** |
| v. | |
| GLAXOSMITHKLINE LLC, | **(Re: Docket No. 29)** |
| Defendant. | |

On December 1, 2010, Judge Fogel ordered that this action would be stayed pending a decision in the District of Delaware on Plaintiff Genentech, Inc.'s ("Genentech") motion to transfer. On April 25, 2011, this action was transferred to the undersigned. On August 23, 2011, the court ordered the parties to file a Joint Status Statement. On September 2, 2011, the parties filed a Joint Case Management Conference Statement. Having considered the statement,

IT IS HEREBY ORDERED that the stay is continued pending a decision in the District of Delaware on Genentech's motion to transfer.

IT IS FURTHER ORDERED that because the case is stayed and the court must maintain its docket, Genentech's pending motion for summary judgment is denied without prejudice to the

1

Case No.: 5:10-CV-04255 EJD
ORDER CONTINUING STAY AND DENYING PENDING MOTION WITHOUT PREJUDICE

motion being renewed when the stay is removed.

Dated: Ugrvgo dgt"52."4233



EDWARD J. DAVILA
United States District Judge

2
Case No.: 5:10-CV-04255 EJD
ORDER CONTINUING STAY AND DENYING PENDING MOTION WITHOUT PREJUDICE